# Amended Schedule A

| Num | Platform | Seller Name | Seller ID | ASIN | Product Link | Seller Store Link |
|---|---|---|---|---|---|---|
| 1 | Amazon | Funtouch US | A28RBGNHA06F65 | B0895WCP3Z | https://www.amazon.com/dp/B0895WCP3Z?th=1 | https://amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A28RBGNHA06F65&asin=B0895WCP3Z&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| | Amazon | Funtouch US | A28RBGNHA06F65 | B0CKMSW1FT | https://www.amazon.com/dp/B0CKMSW1FT?th=1 | https://amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A28RBGNHA06F65&asin=B0CKMSW1FT&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| | Amazon | Funtouch US | A28RBGNHA06F65 | B09BG452B4 | https://www.amazon.com/dp/B09BG452B4?th=1 | https://amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A28RBGNHA06F65&asin=B09BG452B4&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| | Amazon | Funtouch US | A28RBGNHA06F65 | B0BVDHYN7M | https://www.amazon.com/dp/B0BVDHYN7M?th=1 | https://amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A28RBGNHA06F65&asin=B0BVDHYN7M&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| | Amazon | Funtouch US | A28RBGNHA06F65 | B0B3RTK224 | https://www.amazon.com/dp/B0B3RTK224?th=1 | https://amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A28RBGNHA06F65&asin=B0B3RTK224&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| | Amazon | Funtouch US | A28RBGNHA06F65 | B08P1D8SPB | https://www.amazon.com/dp/B08P1D8SPB?th=1 | https://amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A28RBGNHA06F65&asin=B08P1D8SPB&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| | Amazon | Funtouch US | A28RBGNHA06F65 | B0CCYNB1N8 | https://www.amazon.com/dp/B0CCYNB1N8?th=1 | https://amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A28RBGNHA06F65&asin=B0CCYNB1N8&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| | Amazon | Funtouch US | A28RBGNHA06F65 | B0B68KD24C | https://www.amazon.com/dp/B0B68KD24C?th=1 | https://amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A28RBGNHA06F65&asin=B0B68KD24C&ref_=dp_merchant_link&isAmazonFulfilled=1 |

| | | | | | |
|---|---|---|---|---|---|
| Amazon | Funtouch US | A28RBGNHA06F65 | B0B12LG51H | [https://www.amazon.com/dp/B0B12LG51H?th=1](https://www.amazon.com/dp/B0B12LG51H?th=1) | https://amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A28RBGNHA06F65&asin=B0B12LG51H&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| Amazon | Funtouch US | A28RBGNHA06F65 | B0CF8D8TT8 | [https://www.amazon.com/dp/B0CF8D8TT8?th=1](https://www.amazon.com/dp/B0CF8D8TT8?th=1) | https://amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A28RBGNHA06F65&asin=B0CF8D8TT8&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| Amazon | Funtouch US | A28RBGNHA06F65 | B09CCZRL13 | [https://www.amazon.com/dp/B09CCZRL13?th=1](https://www.amazon.com/dp/B09CCZRL13?th=1) | https://amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A28RBGNHA06F65&asin=B09CCZRL13&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| Amazon | Funtouch US | A28RBGNHA06F65 | B0CM633QPK | [https://www.amazon.com/dp/B0CM633QPK?psc=1](https://www.amazon.com/dp/B0CM633QPK?psc=1) | https://amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A28RBGNHA06F65&asin=B0CM633QPK&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| Amazon | Funtouch US | A28RBGNHA06F65 | B0CS66BBTJ | [https://www.amazon.com/dp/B0CS66BBTJ?th=1](https://www.amazon.com/dp/B0CS66BBTJ?th=1) | https://amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A28RBGNHA06F65&asin=B0CS66BBTJ&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| Amazon | Funtouch US | A28RBGNHA06F65 | B0BRVFX5JB | [https://www.amazon.com/dp/B0BRVFX5JB?th=1](https://www.amazon.com/dp/B0BRVFX5JB?th=1) | https://amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A28RBGNHA06F65&asin=B0BRVFX5JB&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| Amazon | Funtouch US | A28RBGNHA06F65 | B0BRVDPBKZ | [https://www.amazon.com/dp/B0BRVDPBKZ?th=1](https://www.amazon.com/dp/B0BRVDPBKZ?th=1) | https://amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A28RBGNHA06F65&asin=B0BRVDPBKZ&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| Amazon | Funtouch US | A28RBGNHA06F65 | B0CM633QPK | [https://www.amazon.com/dp/B0CM633QPK?th=1](https://www.amazon.com/dp/B0CM633QPK?th=1) | https://amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A28RBGNHA06F65&asin=B0CM633QPK&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| Amazon | Funtouch US | A28RBGNHA06F65 | B0CS93382H | [https://www.amazon.com/dp/B0CS93382H?th=1](https://www.amazon.com/dp/B0CS93382H?th=1) | https://amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A28RBGNHA06F65&asin=B0CS93382H&ref_=dp_merchant_link&isAmazonFulfilled=1 |

| | Amazon | Funtouch US | A28RBGNHA06F65 | B082MHNM6R | https://www.amazon.com/dp/B082MHNM6R?th=1 | https://amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A28RBGNHA06F65&asin=B082MHNM6R&ref_=dp_merchant_link&isAmazonFulfilled=1 |
|---|---|---|---|---|---|---|
| | Amazon | Funtouch US | A28RBGNHA06F65 | B07DDF8STK | https://www.amazon.com/dp/B07DDF8STK?th=1 | https://amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A28RBGNHA06F65&asin=B07DDF8STK&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| | Amazon | Funtouch US | A28RBGNHA06F65 | B0CB19G8LY | https://www.amazon.com/dp/B0CB19G8LY?th=1 | https://amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A28RBGNHA06F65&asin=B0CB19G8LY&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| | Amazon | Funtouch US | A28RBGNHA06F65 | B0CBLM8SQ4 | https://www.amazon.com/dp/B0CBLM8SQ4?th=1 | https://amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A28RBGNHA06F65&asin=B0CBLM8SQ4&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| | Amazon | Funtouch US | A28RBGNHA06F65 | B0CSD2KFY8 | https://www.amazon.com/dp/B0CSD2KFY8?th=1 | https://amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A28RBGNHA06F65&asin=B0CSD2KFY8&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| | Amazon | Funtouch US | A28RBGNHA06F65 | B0CRYG2RPY | https://www.amazon.com/dp/B0CRYG2RPY?th=1 | https://amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A28RBGNHA06F65&asin=B0CRYG2RPY&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| | Amazon | Funtouch US | A28RBGNHA06F65 | B0CRYJMD14 | https://www.amazon.com/dp/B0CRYJMD14?th=1 | https://amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A28RBGNHA06F65&asin=B0CRYJMD14&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| | Amazon | Funtouch US | A28RBGNHA06F65 | B0CW5JN4HM | https://www.amazon.com/dp/B0CW5JN4HM?th=1 | https://amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A28RBGNHA06F65&asin=B0CW5JN4HM&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| | Amazon | Funtouch US | A28RBGNHA06F65 | B0CW5MK5TR | https://www.amazon.com/dp/B0CW5MK5TR?th=1 | https://amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A28RBGNHA06F65&asin=B0CW5MK5TR&ref_=dp_merchant_link&isAmazonFulfilled=1 |

| | Amazon | Funtouch US | A28RBGNHA06F65 | B09LC64K6T | https://www.amazon.com/dp/B09LC64K6T?th=1 | https://amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A28RBGNHA06F65&asin=B09LC64K6T&ref_=dp_merchant_link&isAmazonFulfilled=1 |
|---|---|---|---|---|---|---|
| | Amazon | Funtouch US | A28RBGNHA06F65 | B09LCDFWDN | https://www.amazon.com/dp/B09LCDFWDN?th=1 | https://amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A28RBGNHA06F65&asin=B09LCDFWDN&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| | Amazon | Funtouch US | A28RBGNHA06F65 | B09Z2B1KCG | https://www.amazon.com/dp/B0873ZXHGH?psc=1 | https://amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A28RBGNHA06F65&asin=B09Z2B1KCG&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| | Amazon | Funtouch US | A28RBGNHA06F65 | B08MYSTW32 | https://www.amazon.com/dp/B08MYSTW32?th=1 | https://amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A28RBGNHA06F65&asin=B08MYSTW32&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| | Amazon | Funtouch US | A28RBGNHA06F65 | B09SFT8WPY | https://www.amazon.com/dp/B09SFT8WPY?psc=1 | https://amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A28RBGNHA06F65&asin=B09SFT8WPY&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| | Amazon | Funtouch US | A28RBGNHA06F65 | B0D4V9SRJ1 | https://www.amazon.com/FUNTOUCH-Compact-Lighted-Ma | https://amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A28RBGNHA06F65&asin=B0D4V9SRJ1&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| | Amazon | Funtouch US | A28RBGNHA06F65 | B0D4V84KB4 | https://www.amazon.com/FUNTOUCH-Compact-Lighted-Ma | https://amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A28RBGNHA06F65&asin=B0D4V84KB4&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| | Amazon | Funtouch US | A28RBGNHA06F65 | B0D4VBBD7T | https://www.amazon.com/FUNTOUCH-Compact-Lighted-Ma | https://amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A28RBGNHA06F65&asin=B0D4VBBD7T&ref_=dp_merchant_link&isAmazonFulfilled=1 |